PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WES PARKER MCDANIEL,<br><br>Defendant. | CASE NO. 1:21-CR-00208-ADA-BAM<br><br>AMENDED STIPULATION TO CONTINUE SENTENCING; ORDER<br><br>DATE: January 17, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Ana de Alba |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on January 17, 2023.

2. By this stipulation, the parties move to continue the sentencing to January 30, 2023.

3. The parties agree and stipulate that a continuance is required to allow the probation officer additional time to interview the defendant and prepare the draft presentence report.

4. The parties further agree to the following presentence schedule:

**Judgment and Sentencing Date: January 30, 2023**

**Reply or Statement of Non-Opposition: January 23, 2023**

**Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: January 16, 2023**

1

**The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: January 9, 2023**

**Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  January 2, 2023**

**The draft Presentence Report shall be disclosed to counsel no later than: December 26, 2022**

IT IS SO STIPULATED.

Dated:  November 28, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ KAREN A. ESCOBAR
KAREN A. ESCOBAR
Assistant United States Attorney

Dated:  November 28, 2022

/s/ DAVID WALTER WASHINGTON
DAVID WALTER WASHINGTON
Counsel for Defendant
WES PARKER MCDANIEL

IT IS SO ORDERED.

Dated:   November 29, 2022

UNITED STATES DISTRICT JUDGE

2