PHILLIP A. TALBERT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:21-CR-00208-ADA-BAM |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| WES PARKER McDANIEL, | |
| Defendant. | |

On November 18, 2022, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Wes Parker McDaniel in the following property:

    a.    approximately 10 destructive devices,

    b.    one Mossberg and Sons, Model 142-A, bolt action .22 caliber rifle, and

    c.    any and all ammunition seized in this case.

Beginning on December 8, 2022, for at least thirty (30) consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §§ 844(c)(1), 981(a)(1)(G), 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Wes Parker McDaniel.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated:  March 26, 2023

_____
UNITED STATES DISTRICT JUDGE